**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
Daniel R. Shinoff, Esq. (State Bar No. 99129)
Paul V. Carelli, IV, Esq. (State Bar No. 190773)
Gil Abed, Esq. (State Bar No. 195771)
Patrice M. Coady, Esq. (State Bar No. 249218)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel:  (619) 232-3122
Fax: (619) 232-3264

Attorneys for Defendants Sweetwater Union High School District, Arlie N. Ricasa, Pearl Quinones, Jim Cartmill, Jaime Mercado, Greg R. Sandoval, Jesus M. Gandara, Earl Weins and Russell Moore

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA OLLIER; NAUDIA RANGEL, by her next friends Steve and Carmen Rangel; MARITZA RANGEL, by her next friends Steve and Carmen Rangel; AMANDA HERNANDEZ, by her next friend Armando Hernandez; ARIANNA HERNANDEZ, by her next friend Armando Hernandez, individually and on behalf of all those similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SWEETWATER UNION HIGH SCHOOL DISTRICT, ARLIE N. RICASA , PEARL QUINONES, JIM CARTMILL, JAIME MERCADO, GREG R. SANDOVAL, JESUS M. GANDARA, EARL WEINS and RUSSELL MOORE, in their official capacities,<br><br>           Defendants. | Case No. 07-CV-0714-L(WMC)<br><br>Judge:        M. James Lorenz<br>Ctrm:         14, 5th Floor<br>Magistrate:  William McCurine<br>Ctrm:         C, 1st Floor<br>Date:<br>Time:<br><br>**NOTICE OF APPEAL**<br><br>COMPLAINT FILED: April 19, 2007<br>TRIAL DATE:            September 14, 2010 |

Notice is hereby given that all Defendants in the above named case (SWEETWATER UNION HIGH SCHOOL DISTRICT, ARLIE N. RICASA , PEARL QUINONES, JIM CARTMILL, JAIME MERCADO, GREG R. SANDOVAL, JESUS M. GANDARA, EARL WEINS and RUSSELL MOORE, in their official capacities), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's order following a bench trial granting a permanent injunction against Defendants within the Findings of Facts and Conclusions of Law filed on

1

February 9, 2012, as well as interlocutory orders inextricably intertwined with the order granting permanent injunction, including, but not limited to, the post-trial Order dated June 21, 2012 denying Defendants' tolling Motion for Amended, Additional or New Findings brought under Federal Rules of Civil Procedure 52(b) and 59(a)(2), the Order dated March 30, 2009 granting Plaintiffs' motion for partial summary judgment, the Order dated August 23, 2010, denying Defendants' motion to strike the Third Cause of Action, the Order dated August 25, 2010 granting class certification to Plaintiffs, and the Order dated April 26, 2010, Granting Plaintiffs' Motion to Exclude Expert Testimony and Granting Plaintiffs Motion to Exclude 38 Witnesses.

DATED: July 20, 2012    STUTZ ARTIANO SHINOFF & HOLTZ
*A Professional Corporation*

By:   /s Paul V. Carelli, IV
        Daniel R. Shinoff
        Paul V. Carelli, IV
        Gil Abed
        Patrice M. Coady
Attorneys for Defendants SWEETWATER UNION HIGH SCHOOL DISTRICT, ARLIE N. RICASA, PEARL QUINONES, JIM CARTMILL, JAIME MERCADO, GREG R. SANDOVAL, JESUS M. GANDARA, EARL WEINS AND RUSSELL MOORE