# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA OLLIER, et al., <br><br> Plaintiff, <br><br> vs. <br><br> SWEETWATER UNION HIGH SCHOOL DISTRICT, et al., <br><br> Defendant. | CASE NO. 07cv714-L (WMc) <br><br> ORDER SETTING TELEPHONIC STATUS CONFERENCE AND ALL-DAY SETTLEMENT CONFERENCE |

On August 26, 2013, the Court held an in-person status conference. Elizabeth Kristen, Cecilia Kim and Kim Turner appeared for Plaintiff. Daniel Shinoff and Derek Paradis appeared for Defendant. After discussing the status of the case with counsel, the Court issues the following orders:

(1) The Court will conduct a telephonic status conference on *September 12, 2013 at 2:15 p.m.* Plaintiff's counsel must initiate the joint call to chambers on the day and time indicated above. Counsel must be prepared to discuss the site visit, the documents to be provided to Plaintiff, and if the parties are prepared to proceed with the September 27, 2013 settlement conference.

(2) The Court will conduct an all-day settlement conference on *September 27, 2013 at 9:30 a.m.* Counsel and parties are ordered to appear in-

person. Any questions or issues regarding who is required to attend the settlement conference should be brought to the Court's attention during the telephonic status conference listed above.

IT IS SO ORDERED.

DATED: August 26, 2013

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court