UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA OLLIER, et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>SWEETWATER UNION HIGH SCHOOL DISTRICT, et al.,<br><br>                            Defendants. | Case No.: 07-cv-00714-L-JLB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Pending before the Court in this action alleging violations of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") is a Report and Recommendation ("R&R") issued by Magistrate Judge Jill L. Burkhardt (doc. no. 352), recommending to grant the Joint Motion to Withdraw Enforcement Motion and Vacate Order to Show Cause (doc. no. 346), approve the withdrawal of Plaintiffs' Motion to Enforce Permanent Injunction (doc. no. 225), and discharge the Order to Show Cause Why Defendant Should Not Be Held in Contempt (doc. no. 249). No objections have been filed to the R&R.

    A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). "[T]he court shall make a de novo determination of those portions of the [report and recommendation]

1  to which objection is made." 28 U.S.C. § 636(b)(1).  When no objections are filed, the de
2  novo review is waived.  Section 636(b)(1) does not require review by the district court
3  under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute
4  makes it clear that the district judge must review the magistrate judge's findings and
5  recommendations de novo *if objection is made*, but not otherwise." *United States v.*
6  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original).

7      In the absence of objections, the Court adopts the R&R.  Accordingly, the Joint
8  Motion to Withdraw Enforcement Motion and Vacate Order to Show Cause (doc. no.
9  346) is granted, including the request to withdraw of Plaintiffs' Motion to Enforce
10 Permanent Injunction (doc. no. 225), and discharge the Order to Show Cause Why
11 Defendant Should Not Be Held in Contempt (doc. no. 249).

12     **IT IS SO ORDERED.**
13 Dated:  July 28, 2020

14
15                       Hon. M. James Lorenz
                      United States District Judge